# Federal Defender Services Of Wisconsin, Inc.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
Elizabeth Blair
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Jonathan Greenberg
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom Phillip
Joshua D. Uller
Alex Vlisides
Kyle Kent, Diversity Fellow

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

November 4, 2022

The Honorable James D. Peterson
United States District Chief Judge
120 N. Henry Street
Madison, Wisconsin 53703

      Re:    *United States v. Kristopher Halverson*
             Case No. 21-cr-72-jdp

To the Honorable James D. Peterson,

      In anticipation of sentencing, and in support of the parties 11(c)(1)(c) plea of six years, the defense submits this memorandum. Given that six years is a reasonable sentence and that the parties have come to that agreement after a deep immersion in the facts of the case, this memorandum will be refreshingly brief. There are three core points to stress.

      First, the plea agreement puts this case to rest and spares the parties from further litigation and the victims from any further uncertainty. Given that the Court could reject the plea agreement and this case could still have to go to trial, the defense will not go into all the potential defenses and motions, but needless to say there is value in resolving cases along the terms the parties have agreed to.

      Second, the plea agreement provides a sentence that the defense and the government and the victims all believe is both reasonable and just. In the context of a simple joint recommendation, this Court once observed that if Ms. Altman and myself agree on something—anything—it carries great weight. The same principles apply here.

Federal Defender Services
 Of Wisconsin, Inc.

Page -2-

      Third, while this plea provides an appropriate resolution, avoids trial, and provides a sentence everyone is comfortable with, this plea is also somewhat limited. The protections it offers govern this case and this jurisdiction. If other allegations should be prosecuted elsewhere, then that's an issue for a different judge on a different day. But when it comes to this case and this charge and this sentence, the Court should accept the binding plea and sentence Mr. Halverson accordingly.

      Thank you for your attention to this matter.

                      Sincerely,

                       */s/ Joseph A. Bugni*

                       Joseph A. Bugni
                       Associate Federal Defender